Charles E. Sims
4225 Solano Avenue, Box 738
Napa, California 94558
(707) 2547832

Chapter 7 Trustee

FILED
JUN 21 2006
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

J.E. LOWDEN AND CO..

.

Debtor(s)

_______________________________/

Case No. 04-32459 m7

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of **$ 893.50** The name(s) and address(es) of the claimant(s) entitled to the unclaimed dividend(s) are as follows:

025 Ferguson International, Room 1602, 16/F, Fook Yip Building, 53-57, Hong Kong

$ 893.50 (claim amount) $ 893.50 (dividend)

Total Unclaimed Dividends **$ 893.50**

Dated: June 17, 2006

Charles, E. Sims, Trustee